# United States Court of Appeals
## For the First Circuit

No. 17-2213

SANDRI RIJO,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**ORDER OF COURT**

Entered: December 13, 2017
Pursuant to 1st Cir. R. 27.0(d)

    This court has docketed petitioner-appellant's appeal from the denial of his motion to vacate sentence under 28 U.S.C. § 2255. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. § 2253. The district court declined to issue a certificate of appealability on November 6, 2017.

    Petitioner-appellant is ordered to file a memorandum requesting issuance of a certificate of appealability in this court by January 12, 2018. The memorandum should set forth specific facts, reasons, and issues supporting the issuance of a certificate. See 1st Cir. R. 22.0(b). See also 28 U.S.C. § 2253(c)(2) (in order for a certificate to be granted, applicant must make substantial showing of the denial of a constitutional right). After January 12, 2018, whether or not petitioner-appellant has filed a memorandum, the case will be submitted to the court for a determination as to whether a certificate should issue. If a certificate is denied, the appeal will be terminated.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Mariana E. Bauza Almonte
Sandri Rijo